# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-16-00683-CR

**Charles Raymond Lee, Jr., Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 277TH JUDICIAL DISTRICT
NO. 03-798-K277, HONORABLE STACEY MATHEWS, JUDGE PRESIDING**

### M E M O R A N D U M   O P I N I O N

Charles Raymond Lee, Jr. filed this notice of appeal on October 7, 2016 challenging the district court's November 13, 2015 order denying Lee's motion for post-conviction DNA testing. Lee's notice of appeal is untimely.[1]  *See* Tex. R. App. P. 26.2(a) (stating that notice of appeal is due within thirty days of date trial court enters appealable order). Because the notice of appeal was untimely, we lack jurisdiction over this appeal. *Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998) ("If an appeal is not timely perfected, a court of appeals does not obtain jurisdiction to address the merits of the appeal."); *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996) ("A timely notice of appeal is necessary to invoke a court of appeals' jurisdiction.").

---

[1]  Lee's contention that the district clerk did not send him a copy of the order until September 26, 2016 is not supported by the record, which shows that the district clerk sent a copy of the order and a cover letter to Lee on November 16, 2015.

We dismiss the appeal for want of jurisdiction.

_____

Jeff Rose, Chief Justice

Before Chief Justice Rose, Justices Goodwin and Bourland

Dismissed for Want of Jurisdiction

Filed:   November 9, 2016

Do Not Publish